**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MOLLY MUNN,

                       Plaintiff,

        -against-                                        19 **CIVIL** 10791 (CS)

                                                              **JUDGMENT**

APF MANAGEMENT COMPANY, LLC, CARL
E. PETRILLO, GREGORY J. PETRILLO,
MATTHEW J. PETRILLO, SELZNICK & CO.
LLP, JOSEPH KLAUSNER, AND JOHN DOES
1-10,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 10, 2020, Defendants' motions to dismiss are granted, Count II is dismissed with prejudice, and Counts I and III are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
            December 11, 2020

                                                             **RUBY J. KRAJICK**
                                                           _____
                                                               Clerk of Court
                                          **BY:**
                                                                _____
                                                                   Deputy Clerk